IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRAYAN MEDINA,<br><br>  Defendant. | **Case No.:** 3:24-CR-00230-RS<br><br>**ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court finds that failing to exclude the time from April 30, 2024, through May 28, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 30, 2024, through May 28, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, it is hereby ORDERED that the next court date be reset for a status hearing on May 28, 2024, at 9:30 a.m. Further, it is ORDERED that the time be excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between April 30, 2024, through and including May 28, 2024.

  IT IS SO ORDERED.

Dated:  April 30, 2024

                 
THE HONORABLE RICHARD SEEBORG
Chief District Judge

ORDER TO CONTINUE AND TO EXCLUDE TIME *MEDINA*,
3:24-CR-00230-RS

1