ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOHN ULLOM (CABN 249141)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    FAX: (415) 436-7234
    John.Ullom@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-00230-RS |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS PURSUANT TO F.R.C.P. 48(a) |
| v. | |
| BRAYAN MEDINA ARTEAGA, | Court: The Honorable Richard Seeborg<br>Hearing Date: November 26, 2024<br>Time: 9:30 a.m. |
| Defendant. | |

The government moves to dismiss case CR24-00230-RS pursuant to Federal Rule of Criminal Procedure § 48(a). The government will proceed by way of Petition and Order for Warrant for Person Under Supervision ["Form 12"] in case 3:24-CR-00160-RS.

DATED: November 25, 2024                              Respectfully submitted,

                                                                ISMAIL J. RAMSEY
                                                                United States Attorney

                                                                 _____/S/_____
                                                                JOHN ULLOM
                                                               Special Assistant United States Attorney

U.S. MOT. TO DISMISS
CASE NO. CR24-00230-RS